### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE KRIEGER, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) ) v. ) ) ADVANCED DISPOSAL SERVICES, ) INC., RICHARD BURKE, ERNEST J. ) MROZEK, B. CLYDE PRESLAR, ) MICHAEL J. HOFFMAN, E. RENAE ) CONLEY, TANUJA M. DEHNE, and ) MICHAEL KOEN, ) ) ) Defendants. ) | Case No. 1:19-cv-00904-RGA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Lawrence Krieger ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: June 28, 2019

OF COUNSEL:

FARUQI & FARUQI, LLP
Nadeem Faruqi

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Michael Van Gorder*
Michael Van Gorder (#6214)
3828 Kennett Pike, Suite 201
Wilmington, DE 19807
Telephone: (302) 482-3182

2

James M. Wilson, Jr.  
685 Third Ave., 26th Fl.  
New York, NY 10017  
Telephone: (212) 983-9330  
Email: nfaruqi@faruqilaw.com  
Email: jwilson@faruqilaw.com  

*Counsel for Plaintiff*

Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*